UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

RONNIE DANTE THOMAS,

       Plaintiff,

v.

UNKNOWN STEVENS, et al.,

       Defendants.
_____/

Case No. 1:22-cv-160

Honorable Phillip J. Green

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over them.

Dated:  August 16, 2022             /s/ Phillip J. Green
                                                                               PHILLIP J. GREEN
                                                                               United States Magistrate Judge